```
             UNITED STATES DISTRICT COURT
                       FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA
```

**ANTHONY GLEN WRIGHT,**  :
                               :
      Petitioner      :    CIVIL NO. 1:16-CV-00955
                               :
   vs.                    :
                               :
**MARK GARMAN, et al.,**     :    (Judge Rambo)
                               :
      Respondents    :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Wright's petition for writ of habeas corpus (Doc. 1) is **DISMISSED**.

2. The Clerk of Court shall close this case.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

                                  <u>s/Sylvia Rambo</u>
                                  SYLVIA H. RAMBO
                                  United States District Judge

Dated: December 1, 2016