```
               UNITED STATES DISTRICT COURT
                        FOR THE
              MIDDLE DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **ANTHONY GLEN WRIGHT,** | : | |
| Petitioner | : | CIVIL NO. 1:16-CV-00955 |
| vs. | : | |
| **MARK GARMAN, et al.,** | : | (Judge Rambo) |
| Respondents | : | |

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Wright's motion for reconsideration (Doc. 12) is **DENIED**.

                            s/Sylvia Rambo
                            SYLVIA H. RAMBO
                            United States District Judge

Dated: December 13, 2016